# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2026

*The Court of Appeals hereby passes the following order:*

## A27D0015. JOHN P. CURRY v. SARAH OWENSBY.

John Curry has timely filed a discretionary application from the trial court's order denying his motion to vacate a void judgment and awarding attorney fees under the anti-SLAPP statute, OCGA § 9-11-11.1(b.1).[1] No discretionary application is required, however, as "[a]ll judgments or orders entered pursuant to Code Section 9-11-11.1" are directly appealable under OCGA § 5-6-34(a)(13), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35(a).

Under OCGA § 5-6-35(j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Curry shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35(g). If he has already filed a notice of appeal in the trial court, then he need not file a second notice.

---

[1] We affirmed the trial court's order granting Sarah Owensby's motion to strike under the anti-SLAPP statute in *Curry v. Owensby*, No. A25A2181 (Ga. App. Oct. 1, 2025) (unpublished).

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/07/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*